ANTHONY GOZDOWSKI 1000320
V.
T.D.C.J.-I.D.,LARRY BERGER,
MARK SANDLIN,MICHAEL ODOM,
PRESTON MAXWELL

APPEAL NO. 12-14-00350-CV    IN THE TWELFTH
TRIAL NO. 87-12099

§                     COURT OF APPEALS

§

§                     TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 19 2014
TYLER TEXAS
CATHY S. LUSK, CLERK

MOTION FOR SUSPENSION
OF RULE 9. of T.R.A.P.

**NOW COMES,**Anthony Gozdowski #1000320 In The Twelfth Court of Appeals and inthere respectfully request the Honorable Court to suspend Rule 9 of The T.R.A.P. due to the Appellants not having access to a copier and will show as follows:

I.

Appellant is Indegent and an Offender in the Texas Department of Criminal Justice and has no was of making copies to comply with the Court's Rules.

UNSWORN DECLARATION

I Anthony Gozdowski #1000320 hereby swear and declare under penalty of perjury that the foregoing is true and correct.

Dated 12-17-14                    SIGNED Anthony Gozdowski 1000320

PRAYER

I Anthony Gozdowski #1000320 Pray that the Honorable Court Grants his Motion to Suspend Rule 9. T.R.A.P..

CERTIFICATE OF SERVICE

I Anthony Gozdowski #1000320 hereby Certify that a true and correct copy has been sent to The Attorney General Via the Appellate Courts E-File Systems at WWW.OAG.TX.GOV.COM or Via the U.S.Mail at Gregg Abbott Attorney General 209 W. 14th St. P.O. Box 12548 Austin Texas 78711-2548          Dated 12-17-14      Signed Anthony Gozdowski 1000320

**CAME TO BE HERD** ON THIS_____ DAY OF _____ MONTH 2014 Appellant's Motion for

Suspention of Rule 9 T.R.A.P. and therefore in all things it is hereby ORDERED,

ADJUDGED, AND DECREED that Appellant's Motion be    **(GRANTED)**    OR    **(DENIED)**

_____
Presiding Judge

Page 1. of 1.